B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  360 Degree Solar Holdings, Inc.      Case No. 11-_____ (___)
                Debtor

Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 35 largest unsecured claims.[1] The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 35 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| SCHOTT NORTH AMERICA, INC<br>555 Taxter Road<br>Elmsford, NY 10523 | SCHOTT NORTH AMERICA, INC<br>555 Taxter Road<br>Elmsford, NY 10523<br>Attn: Cynthia Willkehr<br>Tel: 914-831-2268 | Trade | | $ 7,688,805.56 |
| MGS MFG. GROUP<br>W188 N 11707 Maple Road<br>Germantown, WI 53022 | MGS MFG. GROUP<br>W188 N 11707 Maple Road<br>Germantown, WI 53022<br>Attn: John Berg or Adam Simons<br>Tel: 262-255-5790 | Trade | | $ 7,512,849.72 |
| Howard Hughes Medical Institute<br>4000 Jones Bridge Road, Chevy Chase, MD 20815 | Howard Hughes Medical Institute<br>4000 Jones Bridge Road, Chevy Chase, MD 20815<br>Attn: Greg De Ninno<br>Tel: 302-215-8752 | Lender under the Tranche E Credit Facility | | $ 4,824,525.75 |

---

[1] The information contained herein is as of June 30, 2011.

DOCS_SF:78008.2 80368-00001

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Beltest Shipping Company Ltd<br>PO Box, 51161,<br>GR-145, 10 Kifissia,<br>Greece | Beltest Shipping Company Ltd<br>PO Box, 51161,<br>GR-145, 10 Kifissia, Greece<br>Attn: Darko Madey<br>Tel: 30-210-6255280 | Lender under the Tranche E Credit Facility | | $ 4,384,505.55 |
| Masdar Clean Tech Fund, LP[2]<br>Eleven Madison Avenue, 16th Floor<br>New York, NY 10010 | Masdar Clean Tech Fund, LP<br>Eleven Madison Avenue, 16th Floor<br>New York, NY 10010<br>Attn: c/o Credit Suisse, Jason Karlinsky<br>Tel: 971-653-3333 | Lender under the Tranche E Credit Facility | | $ 4,172,742.20 |
| OZ Offshore Capital Lenders, LLC<br>9 West, 57th Street, 39th Floor<br>New York, NY 10019 | OZ Offshore Capital Lenders, LLC<br>9 West, 57th Street, 39th Floor<br>New York, NY 10019<br>Attn: Rick Lyon<br>Tel: 212-790-0041 | Lender under the Tranche E Credit Facility | | $ 3,705,147.24 |
| US Venture Partners X, LP<br>2735 Sand Hill Road<br>Menlo Park, CA 94025 | US Venture Partners X, LP<br>2735 Sand Hill Road<br>Menlo Park, CA 94025<br>Attn: Chief Financial Officer<br>Tel: 650-854-9080 | Lender under the Tranche E Credit Facility | | $ 3,540,488.50 |
| Virgin Green Fund I, LP<br>27 South Park Street, Suit 200<br>San Francisco, CA 94107 | Virgin Green Fund I, LP<br>27 South Park Street, Suit 200<br>San Francisco, CA 94107<br>Attn: Anup Jacob<br>Tel: 415-230-3500 | Lender under the Tranche E Credit Facility | | $ 3,288,379.16 |
| AMP Private Equity Fund 1A<br>Level 24, AMP Sydney, Cove Building, 33 Alfred Street, Sydney NSW, 2000<br>Sydney, NSW Australia | AMP Private Equity Fund 1A<br>Level 24, AMP Sydney, Cove Building, 33 Alfred Street, Sydney NSW, 2000<br>Sydney, NSW Australia<br>Attn:<br>Tel: 1800-658-404 | Lender under the Tranche E Credit Facility | | $ 2,722,592.52 |

---

[2] This creditor is also a Lender under the Term Loan Agreement (Tranche A) dated February 23, 2011.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| CERTIFIED THERMOPLASTICS CO., INC. 26381 Ferry Court Santa Clarita, CA 91350 | CERTIFIED THERMOPLASTICS CO., INC. 26381 Ferry Court Santa Clarita, CA 91350 Attn: Tel: 661-222-3006 | Trade | | $ 2,428,363.80 |
| CRAVATH, SWAINE & MOORE LLP Worldwide Plaza, 825 Eighth Avenue New York, NY 10019 | CRAVATH, SWAINE & MOORE LLP Worldwide Plaza, 825 Eighth Avenue New York, NY 10019 Attn: Tel: 212-474-1000 | Legal Services | | $ 2,067,996.52 |
| ME2 Manufacturing & Engineering 615 Dado St. San Jose, CA 95131 | ME2 Manufacturing & Engineering 615 Dado St. San Jose, CA 95131 Attn: Paul Greenfield Tel: 408-382-1900 | Trade | | $ 2,064,801.85 |
| LINTELLE ENGINEERING, INC 380 EL PUEBLO DRIVE, #105 Scotts Valley, CA 95066 | LINTELLE ENGINEERING, INC 380 EL PUEBLO DRIVE, #105 Scotts Valley, CA 95066 Attn: Cole Geesaman Tel: 831-439-8400 Ext 266 | Trade | | $ 1,928,814.01 |
| PG&E 885 EMBARCADERO DR. ATT: CASSAUNDRA GARDNER West Sacramento, CA 95605 | PG&E 885 EMBARCADERO DR. ATT: CASSAUNDRA GARDNER West Sacramento, CA 95605 Attn: Tel: 800-743-5000 | Utilities | | $ 1,857,571.08 |
| AMCOR PHARMECEUTICAL PACKING USA, INC. 625 Sharp Street Millville, NJ 8332 | AMCOR PHARMECEUTICAL PACKING USA, INC. 625 Sharp Street Millville, NJ 8332 Attn: Godfrey Aschmann Tel: 773-399-3762 | Trade | | $ 1,803,280.20 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| US Venture Partners VII, LP 2735 Sand Hill Road Menlo Park, CA 94025 | US Venture Partners VII, LP 2735 Sand Hill Road Menlo Park, CA 94025 Attn: Chief Financial Officer Tel: | Lender under the Tranche E Credit Facility | | $ 1,636,882.45 |
| Menlo Logistics, Inc. 1717 N. W. 21st Avenue Oregon, CA 97208 | Menlo Logistics, Inc. 1717 N. W. 21st Avenue Oregon, CA 97208 Attn: Olivia Tel: 773-399-3762 | Trade | | $ 1,618,234.24 |
| KC-Solar LLC 201 South College Street, Suite 1440 Charlotte, NC 28244 | KC-Solar LLC 201 South College Street, Suite 1440 Charlotte, NC 28244 Attn: Tel: 650-854-9080 | Lender under the Tranche E Credit Facility | | $ 1,611,056.23 |
| Keyword Company Limited Akara Building 24 De Castro Street Wickhams Clay I, Road Town, Tortola British Virgin Islands | Keyword Company Limited Akara Building 24 De Castro Street Wickhams Clay I, Road Town, Tortola British Virgin Islands Attn: Tel: 503-450-5575 | Lender under the Tranche E Credit Facility | | $ 1,608,175.25 |
| WEST VALLEY STAFFING GROUP 390 Potero Ave Sunnyvale, CA 94085 | WEST VALLEY STAFFING GROUP 390 Potero Ave Sunnyvale, CA 94085 Attn: Barbara Hatt Tel: 704-973-9001 | Trade | | $ 1,489,492.53 |
| Giasole Partners LLC 4124 South Rockford, Suite 201, Tulsa Tulsa, OK 74105 | Giasole Partners LLC 4124 South Rockford, Suite 201, Tulsa Tulsa, OK 74105 Attn: Tel: | Lender under the Tranche E Credit Facility | | $ 1,384,692.09 |
| CONNOR MANUFACTURING SERVICES 22867 NE Townsend Way Fairview, OR 97024 | CONNOR MANUFACTURING SERVICES 22867 NE Townsend Way Fairview, OR 97024 Attn: Tel: 408-735-1420 | Trade | | $ 1,379,921.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| DOW CORNING 2200 W. Salzburg Road PO Box 994 Midland, MI 48686 | DOW CORNING 2200 W. Salzburg Road PO Box 994 Midland, MI 48686 Attn: Tel: 918-744-8820 | Trade | | $ 1,354,688.98 |
| ADVANCED NANO PRODUCTS 244 Buyong Industrial Complex, Kumho-RI Buyong-Myeon, Chingwon-Kun.Chungcheongbuk-Do 363-942Korea | ADVANCED NANO PRODUCTS 244 Buyong Industrial Complex, Kumho-RI Buyong-Myeon, Chingwon-Kun.Chungcheongbuk-Do 363-942Korea Attn: Chang-Woo Park Tel: 503-256-0230 | Trade | | $ 1,350,066.00 |
| Legend Trading S.A. Iassonos 3, 18537 Athens, Greece | Legend Trading S.A. Iassonos 3, 18537 Athens, Greece Attn: Mario Dimitrou Tel: 989-496-7725 | Lender under the Tranche E Credit Facility | | $ 1,317,708.06 |
| VON ARDENNE ANLAGENTECHNIK GMBH Am Hanhweg 16A Dresden, 1328Germany | VON ARDENNE ANLAGENTECHNIK GMBH Am Hanhweg 16A Dresden, 1328Germany Attn: Tel: 043-275-6966 | Trade | Disputed | $ 1,273,635.15 |
| US Venture Partners IX, LP 2735 Sand Hill Road Menlo Park, CA 94025 | US Venture Partners IX, LP 2735 Sand Hill Road Menlo Park, CA 94025 Attn: Chief Financial Officer Tel: 30-210-4584950 | Lender under the Tranche E Credit Facility | | $ 1,217,918.17 |
| Plastikon Industries, Inc. 688 Sandoval Way Hayward, CA 94544 | Plastikon Industries, Inc. 688 Sandoval Way Hayward, CA 94544 Attn: Lani Tel: 510-400-1010 | Trade | | $ 1,191,135.29 |
| Redpoint Ventures II, LP 3000 Sand Hill Road 2-290, Menlo Park, CA 94025 | Redpoint Ventures II, LP 3000 Sand Hill Road 2-290, Menlo Park, CA 94025 Attn: Lars Pedersen Tel: 650-926-5664 | Lender under the Tranche E Credit Facility | | $ 1,071,353.93 |

| (1) | (2) | (3) | (4) | (5) |
| --- | --- | --- | --- | --- |
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| ATS Automation Tooling System, inc.<br>250 Royal Park Road<br>Cambridge, Ontario N3H 4R6 Canada | ATS Automation Tooling System, inc.<br>250 Royal Park Road<br>Cambridge, Ontario N3H 4R6 Canada<br>Attn:<br>Tel: 519-653-6500 | Trade | | $ 1,042,450.00 |
| XYRATECH International Inc.<br>46831 Lakeview Blvd.<br>Fremont, CA 94538 | XYRATECH International Inc.<br>46831 Lakeview Blvd.<br>Fremont, CA 94538<br>Attn: Rajeev Bhalla<br>Tel: 408-325-7332 | Trade | | $ 985,500.00 |
| Maple Ave.<br>3819 Maple Avenue<br>Dallas, TX 75219 | Maple Ave.<br>3819 Maple Avenue<br>Dallas, TX 75219<br>Attn:<br>Tel: | Lender under the Tranche E Credit Facility | | $ 964,906.17 |
| CMEA Ventures VII LP<br>Attn:: Meryl L. Schreibsten<br>One Embarcadero Center<br>Suite 3250<br>San Francisco, CA 94111 | CMEA Ventures VII LP<br>One Embarcadero Center<br>Suite 3250<br>San Francisco, CA 94111<br>Attn:: Meryl L. Schreibsten<br>Tel: | Lender under the Tranche E Credit Facility | | $ 631,233.94 |
| CHEUNG WOH INTERNATIONALCOMPANY LIMITED CHEUNG WOH INTERNATIONALCOMPANY LIMITED<br>Prai Penang Malaysia 13600 | CHEUNG WOH INTERNATIONALCOMPANY LIMITED CHEUNG WOH INTERNATIONALCOMPANY LIMITED<br>Prai Penang Malaysia 13600<br>Attn:<br>Tel: 604-507-7830 | Trade | | $ 606,419.00 |
| OZ Domestic Partners II, LP<br>Attn: Rick Lyon<br>9 West 57th street<br>39th Floor<br>New York, NY 10019 | OZ Domestic Partners II, LP<br>9 West 57th street<br>39th Floor<br>New York, NY 10019<br>Attn: Rick Lyon<br>Tel: 212-790-0041 | Lender under the Tranche E Credit Facility | | $ 574,691.39 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 360 Degree Solar Holdings, Inc. | Case No. 11-_____ (___) |
| Debtor. | |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 35 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 35 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September, 2011 at Fremont, California.

　　　　　　　　　　　　　　　　　　　／s／ W.G. Stover
　　　　　　　　　　　　　　　　　　　W.G. Stover, Jr.
　　　　　　　　　　　　　　　　　　　Chief Financial Officer and Senior Vice President

DOCS_SF:78008.2 80368-00001