# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 360 Degree Solar Holdings, Inc. | Case No. 11-_____ (____) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Argonaut Ventures<br>Attention: Mr. Steve Mitchell<br>6733 South Yale<br>Tulsa, OK 74136 | Common Stock | 310.87844 | |
| Madrone Partners<br>c/o: Cooley Godward Kronish LLP<br>3175 Hanover Street<br>Palo Alto, CA 94306 | Common Stock | 103.64682 | |
| USVP Venture Partners<br>Attention: Chief Financial Officer<br>2735 Sand Hill Road<br>Menlo Park, CA 94025 | Common Stock | 73.35663 | |
| Rockport Capital Partners<br>Attention: Mr. David Prend<br>160 Federal Street, 18th Floor<br>Boston, MA 02110 | Common Stock | 58.42683 | |
| CMEA Ventures<br>Attention: Meryl L. Schreibsten<br>One Embarcadero Center<br>Suite 3250<br>San Francisco, CA 94111 | Common Stock | 38.94437 | |
| Redpoint Ventures<br>Attention: Lars Pedersen<br>3000 Sand Hill Road 2-290<br>Menlo Park, CA 94025 | Common Stock | 30.23523 | |
| Virgin Clean Fund<br>27 South Park Street<br>Suit 200<br>San Francisco, CA 94107 | Common Stock | 21.85731 | |
| Howard Hughes Medical Institute<br>4000 Jones Bridge Road<br>Chevy Chase, MD 20815 | Common Stock | 17.48162 | |
| Beltest Shipping Company Ltd | Common Stock | 16.94620 | |

| | | |
|---|---|---|
| PO Box<br>51161<br>GR-145<br>10 Kifissia,  Greece | | |
| Plainfield Special Situation Master Fund<br>c/o Plainfield Asset Management LLC<br>55 Railroad Avenue<br>Plaza Level<br>Greenwich,  CT 06380 | Common Stock | 14.35918 |
| Masdar Clean Tech Fund, LP<br>c/o: Credit Suisse<br>Attention: Jason Karlinsky<br>Eleven Madison Avenue 16th Floor<br>New York,  NY 10010 | Common Stock | 13.82997 |
| Artis Partners<br>Attention: Mr. Robert Riemer<br>One Market Plaza<br>Steuart Street Tower, Suite 2700<br>San Francisco,  CA 94105 | Common Stock | 12.62194 |
| OZ Funds<br>Attention: Rick Lyon<br>9 West<br>57th Street, 39th Floor<br>New York,  NY 10019 | Common Stock | 12.16121 |
| AMP<br>Level 24<br>AMP Sydney<br>Cove Building<br>33 Alfred Street<br>Sydney NSW, 2000, Australia | Common Stock | 11.65442 |
| KKR Funds<br>KKR Financial Corp<br>555 California Street<br>50th Floor<br>San Francisco,  CA 94104 | Common Stock | 6.35184 |
| KC-Solar LLC<br>201 South College Street<br>Suite 1440<br>Charlotte,  NC 28244 | Common Stock | 5.82721 |
| Keyword Company Limited<br>Akara Building<br>24 De Castro Street<br>Wickhams Clay I<br>British Virgin Islands | Common Stock | 5.82721 |
| Pinto Investment Partners LP<br>1000 Main Street<br>Suite 3250<br>Houston,  TX 77002 | Common Stock | 5.82721 |
| Zeitgeist Capital LLC<br>7557 Rambler Road<br>Dallas,  TX 75231 | Common Stock | 5.82721 |
| Girasole Partners LLC | Common Stock | 5.04637 |

| | | |
|---|---|---|
| 4124 South Rockford<br>Suite 201<br>Tulsa, OK 74105 | | |
| Legend Trading S.A.<br>c/o: Mario Dimitrou<br>Iassonos 3<br>18537<br>Athens, Greece | Common Stock | 4.97505 |
| Maple Ave. Investors<br>3819 Maple Avenue<br>Dallas, TX 75219 | Common Stock | 3.49633 |
| Stacy Family Trust<br>2 West 2nd Street<br>20th Floor<br>Tulsa, OK 94103 | Common Stock | 3.49633 |
| Sunbird LP<br>2100 McKinney Avenue<br>Suite 1780<br>Dallas, TX 75201 | Common Stock | 3.40892 |
| HBA Holdings LLC<br>3200 First National Tower<br>Tulsa, OK 74103 | Common Stock | 1.92298 |
| Lenox Investments LLC<br>2121 S. Columbia Avenue<br>Suite 650<br>Tulsa, OK 74115 | Common Stock | 1.16545 |
| Phil Frohlich<br>1924 South Utica<br>#1120<br>Tulsa, OK 74104 | Common Stock | 0.87409 |
| Hornthal Investment Partners<br>2234 Beach Street<br>San Francisco, CA 94123 | Common Stock | 0.58273 |
| Pinnacle Ventures<br>130 Lytton Avenue<br>Suite 220<br>Palo Alto, CA 94301 | Common Stock | 0.48380 |
| HSH Nordbank<br>HSH Nordbank AG<br>New York Branch<br>230 Park Avenue<br>New York, NY 10169 | Common Stock | 0.37287 |
| James Gibbons<br>15 Redberry Ridge<br>Portola Valley, CA 94028 | Common Stock | 0.29238 |
| Sera Solar Corporation<br>15 Redberry Ridge<br>Portola Valley, CA 94028 | Common Stock | 0.23310 |
| Steve Kircher<br>1115 Orlando Avenue<br>Roseville, CA 95661 | Common Stock | 0.18644 |
| Ray Sims | Common Stock | 0.11937 |

| | | |
|---|---|---|
| 1270 University Avenue<br>Palo Alto, CA 94301 | | |
| Ventura Ventures<br>PO Box 400<br>Glenbrook, NV 89413 | Common Stock | 0.11655 |
| Dan Maydan<br>12000 Murietta Lane<br>Los Altos Hills, CA 94022 | Common Stock | 0.04801 |
| Dan Marohl<br>3461 Outlook Court<br>San Jose, CA 95132 | Common Stock | 0.03558 |
| Deborah McReynolds<br>420 Blair Ranch Road<br>Scotts Valley, CA 95066 | Common Stock | 0.00304 |
| AARON BAIRD<br>884 MRYTLE STREET<br>SAN JOSE CA 95126 | Common Stock | 0.00082 |
| ADAM C FARVER<br>1025 FOSTER CITY BLVD APT D<br>FOSTER CITY CA 94404-2334 | Common Stock | 0.00027 |
| ADAM FISCHBACH<br>4040 RIVERMARK PKWY<br>SANTA CLARA CA 95054-4148 | Common Stock | 0.00026 |
| AKBAR SAYAH<br>39978 FREMONT BOULEVARD<br>FREMONT CA 94538 | Common Stock | 0.00019 |
| ALAIN TA<br>1055 N CAPITOL AVE APT 161<br>SAN JOSE CA 95133-2729 | Common Stock | 0.00025 |
| ALAMYAR PAKTINA<br>3260 SCOTT BLVD<br>SANTA CLARA CA 95054 | Common Stock | 0.00006 |
| ALAN MIYASHIRO<br>1120 CASABA CREEK CT<br>SAN JOSE CA 95120-4117 | Common Stock | 0.00047 |
| ALEXANDER SHENDEROVICH<br>449 15TH AVENUE #201<br>SAN FRANCISCO CA 94118 | Common Stock | 0.00110 |
| ALFREDO CASTILLO<br>331 OXFORD ST<br>HAYWARD CA 94541-2222 | Common Stock | 0.00028 |
| ALICE M LEE<br>378 SANTANA ROW APT 323 | Common Stock | 0.01480 |

SAN JOSE CA 95128-2044

| | | |
|---|---|---|
| ANDREJ ROLNY<br>38144 ASHFORD WAY<br>FREMONT CA 94536-5253 | Common Stock | 0.00999 |
| ANDREW MYLES<br>493 MOLINO AVE<br>SUNNYVALE CA 94086-7552 | Common Stock | 0.00049 |
| ANDREW NAGENGAST<br>659 SANTA PAULA AVE<br>SUNNYVALE CA 94085-3417 | Common Stock | 0.00098 |
| ANGEL POMA<br>578 PESTANA AVENUE<br>MANTECA CA 95336 | Common Stock | 0.00057 |
| ANH NGUYEN<br>525 SKYWAY DRIVE<br>SAN JOSE CA 95111 | Common Stock | 0.00035 |
| ANN NGUYEN<br>10650 PORTER LANE<br>SAN JOSE CA 95127 | Common Stock | 0.00088 |
| ANNABELLE Q YANG<br>303 WOODCREEK TER<br>FREMONT CA 94539-7935 | Common Stock | 0.19137 |
| ANTHONY EAGEN<br>1922 LOS GATOS ALMADEN RD<br>SAN JOSE CA 95124-5537 | Common Stock | 0.00999 |
| ANTON CHAKHMATOV<br>467 VALENCIA DR<br>SOUTH SAN FRANCISCO CA 94080-5622 | Common Stock | 0.00035 |
| ANTON N KYOSEV<br>745 S BERNARDO AVE APT D250<br>SUNNYVALE CA 94087-1001 | Common Stock | 0.00029 |
| ATOR BADALL<br>3260 SCOTT BLVD<br>SANTA CLARA CA 95054 | Common Stock | 0.00146 |
| AVNER REGEV<br>853 W CALIFORNIA AVE UNIT D<br>SUNNYVALE CA 94086-2493 | Common Stock | 0.00032 |
| BENJAMIN BIERMAN<br>47438 CHOLLA STREET | Common Stock | 0.03438 |

FREMONT CA 94539

| | | |
|---|---|---|
| BENYAMIN BULLER<br>8733 N STONE MILL ROAD<br>SYLVANIA OH 43560 | Common Stock | 0.03422 |
| BILL D LY<br>1379 KINSULE CT<br>SAN JOSE CA 95121-2617 | Common Stock | 0.00814 |
| BORISLAV DJUROVIC<br>550 KIELY BLVD APT 33<br>SAN JOSE CA 95117 | Common Stock | 0.00176 |
| BRENT JACOBS<br>1 BREVE AVE<br>LA SELVA BEACH CA 95076-1709 | Common Stock | 0.02663 |
| BRET ADAMS<br>627 PRINCETON DR<br>SUNNYVALE CA 94087 | Common Stock | 0.00167 |
| BRIAN CUMPSTON<br>1618 HARVEST ROAD<br>PLEASANTON CA 94566 | Common Stock | 0.00438 |
| BRUCE B BAXTER<br>442 STATE ST<br>SAN MATEO CA 94401-1606 | Common Stock | 0.00119 |
| BRUCE BAXTER<br>442 STATE STREET<br>SAN MATEO CA 94401 | Common Stock | 0.00188 |
| BRUCE M CAROTHERS<br>1326 BLOCK DR<br>SANTA CLARA CA 95050-4413 | Common Stock | 0.00101 |
| BRUCE MAXWELL<br>7336 BRIZA LOOP<br>SAN RAMON CA 94582-5071 | Common Stock | 0.02913 |
| BRUCE YOUNESSI<br>5791 BELLFLOWER DR<br>NEWARK CA 94560-4814 | Common Stock | 0.00044 |
| CALVIN GOINS JR<br>3637 TRONSON CT<br>SAN JOSE CA 95132-1369 | Common Stock | 0.00814 |
| CANH T VU<br>2764 HENESSY DR | Common Stock | 0.00008 |

SAN JOSE CA 95148-2132

| | | |
|---|---|---|
| CARL RESURRECCION<br>401 CASSELINO DR<br>SAN JOSE CA 95136-4811 | Common Stock | 0.00028 |
| CEES VAN VLIET<br>BERGWEG 10<br>OSTERWARNGAU 83627 | Common Stock | 0.01165 |
| CHAR L TANG<br>24571 DIAMOND RIDGE DR<br>HAYWARD CA 94544-1381 | Common Stock | 0.00057 |
| CHARLES REYNOLDS JR<br>4099 AMOS WAY<br>SAN JOSE CA 95135 | Common Stock | 0.00045 |
| CHIA GOH<br>30 GLADYS CT APT 11<br>MOUNTAIN VIEW CA 94043-3703 | Common Stock | 0.00113 |
| CHIA T GOH<br>30 GLADYS CT APT 11<br>MOUNTAIN VIEW CA 94043-3703 | Common Stock | 0.03410 |
| CHIA TZUN GOH<br>30 GLADYS CT APT 11<br>MOUNTAIN VIEW CA 94043-3703 | Common Stock | 0.00064 |
| CHRIS BEAUDRY<br>488 RAYMOND AVENUE<br>SAN JOSE CA 95128 | Common Stock | 0.00141 |
| CHRISTIAN GRONET<br>1 PORTOLA GREEN CIRCLE<br>PORTOLA VALLEY CA 94028 | Common Stock | 1.32241 |
| CHRISTINE A D'ARIENZO<br>1420 WALNUT GROVE AVE<br>SAN JOSE CA 95126-1328 | Common Stock | 0.00022 |
| CHRISTOPHER M EKANAYAKE<br>148 S MARY AVE<br>SUNNYVALE CA 94086-5956 | Common Stock | 0.00022 |
| CHRISTOPHER T LANE<br>53 GROVE ST<br>LOS GATOS CA 95030-7102 | Common Stock | 0.00282 |
| COLIN C TANG<br>2909 RONCO DR | Common Stock | 0.00040 |

SAN JOSE CA 95132-2745

| | | |
|---|---|---|
| CURTIS S IMOKAWA<br>3365 MERRIMAC DR<br>SAN JOSE CA 95117-3623 | Common Stock | 0.02524 |
| DAN MAYDAN<br>12000 MURIETTA LANE<br>LOS ALTOS HILLS CA 94022 | Common Stock | 0.02401 |
| DANIEL LIU<br>1950 EVERGLADES DRIVE<br>MILPITAS CA 95035 | Common Stock | 0.00085 |
| DAREN K NORMAN<br>1816 MAPLEGROVE LN<br>TRACY CA 95376-5341 | Common Stock | 0.01276 |
| DARSHINI DESAI<br>3805 VILLAGE TER APT 157<br>FREMONT CA 94536-7529 | Common Stock | 0.00027 |
| DAVID C CLAYTON<br>1777 N MILPITAS BLVD APT 324<br>MILPITAS CA 95035-2730 | Common Stock | 0.00047 |
| DAVID CHI<br>23241 PARTRIDGE LN<br>LOS ALTOS CA 94024-6600 | Common Stock | 0.00079 |
| DAVID E WELDON<br>860 BENTON ST<br>SANTA CLARA CA 95050-4929 | Common Stock | 0.00121 |
| DAVID MUSOLF<br>1601 MINARDI AVE<br>SAN JOSE CA 95125-4743 | Common Stock | 0.00036 |
| DAVID R MAIN<br>181 OAK KNOLL CT<br>BOULDER CREEK CA 95006-9537 | Common Stock | 0.00370 |
| DAVID ULLSTROM<br>1110 BARTLETT CREEK COURT<br>SAN JOSE CA 95120 | Common Stock | 0.00263 |
| DAVID WELDON<br>860 BENTON STREET<br>SANTA CLARA CA 95050 | Common Stock | 0.00041 |
| DEBORAH ROSS<br>19845 SKYLINE BLVD | Common Stock | 0.00327 |

LOS GATOS CA  95033-9524

| | | |
|---|---|---|
| DENNIS ZAPPEL<br>142 CARLYN AVE<br>CAMPBELL CA  95008-1916 | Common Stock | 0.00018 |
| DEREK PIETZ<br>1102 SHERMAN STREET<br>SANTA CLARA CA 95050 | Common Stock | 0.00054 |
| DEREK R PIETZ<br>1588 INVERNESS CIR<br>SAN JOSE CA  95124-4809 | Common Stock | 0.00028 |
| DHANANJAY D JANORKAR<br>43555 GRIMMER BLVD APT G158<br>FREMONT CA  94538-6603 | Common Stock | 0.00032 |
| DHANANJAY JANORKAR<br>38675 PASEO PADRE PKWY #311<br>FREMONT CA 94536 | Common Stock | 0.00019 |
| DINH T TO<br>110 MAXWELTON RD<br>PIEDMONT CA  94618-2644 | Common Stock | 0.00026 |
| DOUGLAS D BACON<br>3873 LOUIS RD<br>PALO ALTO CA  94303-4516 | Common Stock | 0.00081 |
| ED MATHIAS<br>2780 VERNAZZA DRIVE<br>LIVERMORE CA 94550 | Common Stock | 0.00071 |
| EDGAR ABLAO<br>3749 DE LA CRUZ BLVD<br>SANTA CLARA CA  95054-2114 | Common Stock | 0.00015 |
| EFREN RULLAN<br>4927 ANTIOCH LOOP<br>UNION CITY CA  94587-5518 | Common Stock | 0.00740 |
| ELIAS A MARTINEZ<br>777 LOVERS LN<br>VACAVILLE CA  95688-4413 | Common Stock | 0.00017 |
| EREL MILSHTEIN<br>889 COTTONWOOD DRIVE<br>CUPERTINO CA 95014 | Common Stock | 0.00950 |
| ERIC C NG<br>172 GEORGETOWN DR | Common Stock | 0.00071 |

MOUNTAIN VIEW CA 94043-5263

| | | |
|---|---|---|
| ERIC MILLER<br>1144 KENSINGTON DR<br>FREMONT CA 94539-4521 | Common Stock | 0.00013 |
| ERIK D WESTRE<br>783 ROLLING HILLS LN<br>PLEASANTON CA 94566-2277 | Common Stock | 0.00851 |
| EUGENE TOKAREV<br>4832 BANNOCK CIRCLE<br>SAN JOSE CA 95130 | Common Stock | 0.00071 |
| FEI XU<br>41681 MISSION CREEK DR<br>FREMONT CA 94539-4771 | Common Stock | 0.00049 |
| FERNANDO CASTANEDA<br>4431 HAMILTON AVE APT B<br>SAN JOSE CA 95130 | Common Stock | 0.00814 |
| FRED DIETRICH<br>5070 DEREK DR<br>SAN JOSE CA 95136-3305 | Common Stock | 0.01110 |
| GANESH PANAMAN<br>3930 AVOCET TER<br>FREMONT CA 94555-1549 | Common Stock | 0.03107 |
| GANESH SANAP<br>4240 RAMSHALL PL<br>SANTA CLARA CA 95054-2587 | Common Stock | 0.00038 |
| GENE ONO<br>165 CREEK CT<br>BOULDER CREEK CA 95006-9637 | Common Stock | 0.03190 |
| GENE SHIN<br>1848 TRADAN DR<br>SAN JOSE CA 95132-3708 | Common Stock | 0.00026 |
| GINA M CAYABYAB<br>345 ARROWHEAD WAY<br>HAYWARD CA 94544-6665 | Common Stock | 0.00011 |
| GREG VAUGHN<br>1293 GOLD PAN DR<br>ROSEVILLE CA 95661-7043 | Common Stock | 0.00007 |
| GREGORY M THENN<br>5413 NAAMAN FOREST BLVD APT 805 | Common Stock | 0.00038 |

GARLAND TX 75044-5625

| | | |
|---|---|---|
| HANNA BAMNOLKER<br>21583 LA PLAYA COURT<br>CUPERTINO CA 95014 | Common Stock | 0.00266 |
| HARTO ALVIAS<br>4503 CARLYLE CT APT 2208<br>SANTA CLARA CA 95054-3928 | Common Stock | 0.00040 |
| HENRY H AU<br>15 SOUTHLAKE DR<br>SAN JOSE CA 95138-1838 | Common Stock | 0.00070 |
| HOA TRAN<br>3423 WOODYEND CT<br>SAN JOSE CA 95121-2548 | Common Stock | 0.00814 |
| HOLM WIESNER<br>3707 POINCIANA DR APT 69<br>SANTA CLARA CA 95051-2037 | Common Stock | 0.00015 |
| HSUAN-SHENG YANG<br>924 COLE PL<br>SANTA CLARA CA 95054-4114 | Common Stock | 0.08626 |
| HUY NGUYEN<br>2620 WHISPERING HILLS CIR<br>SAN JOSE CA 95148-3437 | Common Stock | 0.00021 |
| INNA LYANDRES<br>7575 NORTHLAND PL<br>SAN RAMON CA 94583-3700 | Common Stock | 0.00055 |
| IWALANI S KAYA<br>2301 LASS DR<br>SANTA CLARA CA 95054-1371 | Common Stock | 0.00029 |
| JACK ARLUCK<br>3906 LA MESA LANE<br>SAN JOSE CA 95124 | Common Stock | 0.00054 |
| JACQUELYN G LEAR<br>922 CULLEN CT<br>CAMPBELL CA 95008-4567 | Common Stock | 0.00082 |
| JAMES GIBBONS<br>15 RED BERRY RDG<br>PORTOLA VALLEY CA 94028-8077 | Common Stock | - |
| JAMES K TRUMAN<br>1336 DAHLIA LOOP | Common Stock | 0.08646 |

SAN JOSE CA 95126

| | | |
|---|---|---|
| JAMES L DALTON<br>132 WILLIAM WAY<br>FELTON CA 95018-9550 | Common Stock | 0.00015 |
| JAMES LUONG<br>32331 ANNETTE CT<br>UNION CITY CA 94587-5101 | Common Stock | 0.00703 |
| JAMES PETERSON<br>180 SYLVIAN WAY<br>LOS ALTOS CA 94022 | Common Stock | 0.00019 |
| JAMES VANDEVEN<br>6591 WHITBOURNE DR<br>SAN JOSE CA 95120-4543 | Common Stock | 0.03195 |
| JANET M MALESKI<br>15139 OLD RANCH RD<br>LOS GATOS CA 95033-8506 | Common Stock | 0.00027 |
| JAN-MICHAEL TRESSLER<br>373 HALF MOON LN APT 212<br>DALY CITY CA 94015-2453 | Common Stock | 0.00050 |
| JARDENA ESTRELLA-TRUJILLO<br>292 W LUCITA WAY<br>MOUNTAIN HOUSE CA 95391-3040 | Common Stock | 0.00777 |
| JASON S LEE<br>1108 DECATUR ST<br>FOSTER CITY CA 94404-3608 | Common Stock | 0.02848 |
| JAY RUAN<br>32768 ARTISTRY LOOP<br>UNION CITY CA 94587 | Common Stock | 0.00054 |
| JD GILMER<br>11858 MINNESOTA<br>SAN JOSE CA 95125 | Common Stock | 0.00270 |
| JEANETTE ANDERSON<br>648 BAYVIEW DR<br>APTOS CA 95003-5304 | Common Stock | 0.08136 |
| JEFF KINGSLEY<br>13625 DEER TRAIL COURT<br>SARATOGA CA 95070 | Common Stock | 0.00045 |
| JEFF LEE<br>1903 MIRAPLAZA COURT APARTMENT 10 | Common Stock | 0.00048 |

SANTA CLARA CA 95051

| | | |
|---|---|---|
| JEFFREY LEE<br>1903 MIRAPLAZA CT APT 10<br>SANTA CLARA CA  95051-7418 | Common Stock | 0.00014 |
| JERRY D GILMER<br>1185 MINNESOTA AVE UNIT B<br>SAN JOSE CA  95125-3377 | Common Stock | 0.00590 |
| JESUS REYES<br>314 GUANACASTE COURT<br>SAN JOSE CA 95116 | Common Stock | 0.00035 |
| JOCELYN SHAO<br>441 MARIPOSA AVE #B<br>MOUNTAIN VIEW CA 94041 | Common Stock | 0.00057 |
| JOHN C ROBINSON<br>8 FAXON FOREST<br>ATHERTON CA 94027 | Common Stock | 0.04802 |
| JOHN COOPER<br>169 EVERGREEN WAY<br>MILPITAS CA 95035 | Common Stock | 0.00019 |
| JOHN G MATHEW<br>2005 STONY OAK COURT<br>SANTA ROSA CA 95403 | Common Stock | 0.00692 |
| JOHN P FRIEDL<br>540 OLD FARM RD<br>DANVILLE CA  94526-4136 | Common Stock | 0.00103 |
| JOHNNY TRAN<br>3054 LYNVIEW DR<br>SAN JOSE CA  95148-3010 | Common Stock | 0.00009 |
| JOHNNY W LIU<br>1871 ANCHORAGE LNDG<br>SAN JOSE CA  95131-3800 | Common Stock | 0.00050 |
| JONATHAN D CERRONA<br>211 EASY ST APT 10<br>MOUNTAIN VIEW CA  94043-3743 | Common Stock | 0.02601 |
| JONATHAN MICHAEL<br>11387 LINDY PL<br>CUPERTINO CA  95014-4852 | Common Stock | 0.00879 |
| JOSEPH F BEHNKE<br>3087 KILO AVENUE | Common Stock | 0.00024 |

SAN JOSE CA 95124

| | | |
|---|---|---|
| JOSHUA RAO<br>2409 CHERRYWOOD DRIVE<br>UNION CITY CA 94587 | Common Stock | 0.01786 |
| JUSTIN GUINN<br>6412 DEVONSHIRE DR<br>SAN JOSE CA  95129-3908 | Common Stock | 0.00058 |
| KANWALJIT K DHANOA<br>280 FOX HOLLOW CIR<br>MORGAN HILL CA  95037-3057 | Common Stock | 0.00008 |
| KAUSHIK GHOSH<br>1460 GRAYWOOD DRIVE<br>SAN JOSE CA 95129 | Common Stock | 0.00024 |
| KENNETH BALISH<br>40764 GUALALA PL<br>FREMONT CA  94539-3748 | Common Stock | 0.06102 |
| KENNETH KWAN<br>3385 DUBLIN BLVD UNIT 340<br>DUBLIN CA 94568 | Common Stock | 0.00072 |
| KENNY KO<br>2108 SHEFFIELD DR<br>SAN JOSE CA  95131-1590 | Common Stock | 0.00037 |
| KENT CHUI<br>1395 SARTATOGA<br>APT 60 | Common Stock | 0.00032 |
| KEVIN O MATTHEWS<br>3506 GRAND AVE<br>OAKLAND CA  94610-2010 | Common Stock | 0.01276 |
| KHOA A MAI<br>200 FORD RD SPC 87<br>SAN JOSE CA  95138-1521 | Common Stock | 0.00012 |
| KI S JOUNG<br>3984 CHAMBERER DR<br>SAN JOSE CA  95135-1700 | Common Stock | 0.00038 |
| KIEUTHI NGO<br>1435 PRELUDE DR<br>SAN JOSE CA  95131-3317 | Common Stock | 0.00008 |
| KIRAN K SHRIRAM<br>4231 NORWALK DR APT EE203 | Common Stock | 0.02906 |

SAN JOSE CA  95129-1716

| | | |
|---|---|---|
| KLAUS P EGGER<br>GARTENSTR 31<br>ILLERKIRCHBERG 89171 | Common Stock | 0.19414 |
| KRISTIN QUINTIN<br>956 VIA GRANADA<br>LIVERMORE CA  94550-5554 | Common Stock | 0.01165 |
| KYONE CHAN<br>1530 ZUNI CT<br>SAN JOSE CA  95131-2676 | Common Stock | 0.00018 |
| LATHA SWAMY<br>870 E EL CAMINO REAL APT 613<br>SUNNYVALE CA  94087-2953 | Common Stock | 0.02404 |
| LOANNE LUU<br>1227 MONTCOURSE LN<br>SAN JOSE CA  95131-2420 | Common Stock | 0.00016 |
| LONG Q NGUYEN<br>1327 BAGELY WAY<br>SAN JOSE CA  95122-3002 | Common Stock | 0.00024 |
| LUAN T NGUYEN<br>255 S PARK VICTORIA DR<br>MILPITAS CA  95035-5722 | Common Stock | 0.00010 |
| LUCAS M PANNELL<br>P O BOX 320816<br>LOS GATOS CA 95032 | Common Stock | 0.13312 |
| MADHAV THUMU<br>917 BERMUDA CT<br>FREMONT CA  94539-3702 | Common Stock | 0.02589 |
| MAI TRAN<br>809 SOUTHGROVE DR<br>SAN JOSE CA  95133-1257 | Common Stock | 0.00017 |
| MANJUNATH BOLOOR<br>37501 SUMMER HOLLY COMMON<br>FREMONT CA 94536 | Common Stock | 0.00134 |
| MANMOHAN SIDHU<br>105 CALLE ESTORIA<br>LOS GATOS CA  95032-1239 | Common Stock | 0.00039 |
| MARITZA M HERMIDA<br>3213 PLAYA CT | Common Stock | 0.00016 |

MARINA CA 93933-2501

| | | |
|---|---|---|
| MARK COLLINS<br>511 BARBADOS LANE<br>FOSTER CITY CA 84404 | Common Stock | 0.00618 |
| MARK COLMER<br>7720 SANTA BARBARA DR<br>GILROY CA 95020 | Common Stock | 0.00019 |
| MARK T DIXON<br>26670 PETERMAN AVE<br>HAYWARD CA 94545-3118 | Common Stock | 0.00034 |
| MARKUS BECK<br>4001 GLENWOOD DRIVE<br>SCOTTS VALLEY CA 95066 | Common Stock | 0.01978 |
| MARTIN YONG<br>2450 DETERT ST<br>LIVERMORE CA 94550-2506 | Common Stock | 0.00017 |
| MATTHEW J LYNN<br>720 YNEZ CIR<br>DANVILLE CA 94526-3551 | Common Stock | 0.00047 |
| MICHAEL A KUNIS<br>326 LOS PINOS WAY<br>SAN JOSE CA 95119-1619 | Common Stock | 0.02589 |
| MICHAEL LAU<br>819 RUSSELL LN<br>MILPITAS CA 95035-3319 | Common Stock | 0.00019 |
| MICHAEL LOURIS<br>1230 SAN TOMAS AQUINO RD APT 223<br>SAN JOSE CA 95117-3336 | Common Stock | 0.00128 |
| MICHAEL M AHERN<br>4587 STUDENT LN<br>SAN JOSE CA 95130-1758 | Common Stock | 0.00056 |
| MICHAEL PRUCHA<br>1433 EL DORADO AVENUE<br>SANTA CRUZ CA 95062 | Common Stock | 0.00019 |
| MICHAEL R LABELLE<br>1715 ENSENADA DR<br>CAMPBELL CA 95008-1552 | Common Stock | 0.00068 |
| MICHAEL WONG<br>1221 GINGERWOOD DRIVE | Common Stock | 0.00076 |

MILPITAS CA 95035

| | | |
|---|---|---|
| MICHAEL YEE<br>962 BUCKEYE DR<br>SUNNYVALE CA  94086-8204 | Common Stock | 0.07647 |
| MOHAMMAD MOHAMMADI<br>1150 BEETHOVEN CMN UNIT 306<br>FREMONT CA  94538-5603 | Common Stock | 0.00026 |
| MOHAMMED AFNAN<br>1048 VUELTA OLIVOS<br>FREMONT CA  94539-5151 | Common Stock | 0.02874 |
| MOHAMMED WALAHI<br>41299 PASEO PADRE PKWAY #229<br>FREMONT CA 94539 | Common Stock | 0.00006 |
| NEETA RIKHI<br>3474 BUTCHER DR<br>SANTA CLARA CA  95051-4628 | Common Stock | 0.00027 |
| NORBERTO DEMORAES<br>568 ROAD RUNNER RDG<br>SAN JOSE CA  95111-1047 | Common Stock | 0.00814 |
| OCEAN DADGARI<br>131 FONTAINBLEU CT<br>MILPITAS CA  95035-3125 | Common Stock | 0.00031 |
| ORNA P MICHAEL<br>10555 SAN LEANDRO AVE<br>CUPERTINO CA  95014-2794 | Common Stock | 0.00879 |
| OSCAR MENA<br>1550 TECHNOLOGY DR UNIT 4104<br>SAN JOSE CA  95110-3823 | Common Stock | 0.00028 |
| PAUL CHOW<br>393 PAGOSA WAY<br>FREMONT CA  94539-8026 | Common Stock | 0.00054 |
| PAUL J STEFFAS<br>4939 AVENIDA DE LAGO<br>SANTA CLARA CA  95054-1409 | Common Stock | 0.00086 |
| PAUL O'BRIEN<br>175 RODRIGUES AVENUE<br>MILPITAS CA 95035 | Common Stock | 0.00176 |
| PAULA CAMPORASO<br>19551 VINEYARD LANE | Common Stock | 0.00254 |

SARATOGA CA 95070

| | | |
|---|---|---|
| PEDRO GONZALEZ<br>1269 WALLEYE CMNS<br>FREMONT CA 94536 | Common Stock | 0.00071 |
| PHILIP KRAUS<br>2691 VILLA CORTONA WAY<br>SAN JOSE CA 95125 | Common Stock | 0.00268 |
| PHILLIP CRIMINALE<br>2179 AUTINORI CT<br>LIVERMORE CA 94550-2522 | Common Stock | 0.00105 |
| PHU V TRAN<br>5206 PIAZZA PL<br>EL DORADO HILLS CA 95762-4149 | Common Stock | 0.00010 |
| RALPH WADENSWEILER<br>1640 KALISPELL CT<br>SUNNYVALE CA 94087 | Common Stock | 0.00384 |
| RATSON MORAD<br>4157 SOLANA DRIVE<br>PALO ALTO CA 94306 | Common Stock | 0.06942 |
| RAYMOND WILBUR<br>4759 BLANCO DRIVE<br>SAN JOSE CA 95129 | Common Stock | 0.00133 |
| REYNALDO A BALTODANO<br>825 S SAN TOMAS AQUINO RD APT 8<br>CAMPBELL CA 95008-4445 | Common Stock | 0.00009 |
| RICHARD C GRIFFITHS<br>20000 ALMADEN RD<br>SAN JOSE CA 95120-3514 | Common Stock | 0.00181 |
| RICHARD CHAO<br>10415 PRUNE TREE LN<br>CUPERTINO CA 95014-2022 | Common Stock | 0.00060 |
| ROBERT A DROP<br>1181 CALLE ORIENTE<br>MILPITAS CA 95035-3740 | Common Stock | 0.00814 |
| ROBERT HERRICK<br>3453 LYNN OAKS DR<br>SAN JOSE CA 95117-2533 | Common Stock | 0.03661 |
| ROBERTO BRUM<br>1510 SAN ANTONIO WAY | Common Stock | 0.00069 |

MORGAN HILL CA 95037-2943

| | | |
|---|---|---|
| RYAN KUNIS<br>4090 PALADIN DR<br>SAN JOSE CA 95124-3720 | Common Stock | 0.00703 |
| SABA QURESHI<br>1996 LINDEN LN<br>MILPITAS CA 95035-2538 | Common Stock | 0.00934 |
| SACHIN D PARGAONKAR<br>664 MENTE LINDA LOOP<br>MILPITAS CA 95035-8635 | Common Stock | 0.02330 |
| SAENGSATHIT SILARAK<br>3501 LAFAYETTE ST APT 15<br>SANTA CLARA CA 95054-2711 | Common Stock | 0.00011 |
| SANAT DAVE<br>40693 PALATINO ST<br>FREMONT CA 94539-3833 | Common Stock | 0.00272 |
| SARAH HSIA<br>6815 TAGLIO CT<br>SAN JOSE CA 95120-2127 | Common Stock | 0.00041 |
| SCOTT EDMONSON<br>1792 DUVALL DRIVE<br>SAN JOSE CA 95130 | Common Stock | 0.00094 |
| SENTHIL RANGANATHAN<br>44820 PARKMEADOW DRIVE<br>FREMONT CA 94539 | Common Stock | 0.00380 |
| SEWAK SINGH<br>2927 TOLLIVER DR<br>SAN JOSE CA 95148-3695 | Common Stock | 0.00015 |
| SHAHZAD MAHMUD<br>1865 PENROSE CT<br>FOLSOM CA 95630-6159 | Common Stock | 0.00174 |
| SHAUL TEPLINSKY<br>325 BERRY ST APT 720<br>SAN FRANCISCO CA 94158-1589 | Common Stock | 0.00200 |
| SHENG QING<br>7626 HOLLANDERRY PL<br>CUPERTINO CA 95014-5071 | Common Stock | 0.02635 |
| SHERMAN SEELINGER<br>512 RUTLAND AVENUE | Common Stock | 0.00030 |

SAN JOSE CA 95128

| | | |
|---|---|---|
| SHIBA BHOWMIK<br>345 SHERIDAN AVE APT 306<br>PALO ALTO CA  94306-2036 | Common Stock | 0.00071 |
| SHIOU-SHIOU HUANG<br>3292 MONTEVARCHI STREET<br>SAN JOSE CA 95136 | Common Stock | 0.00019 |
| SHU-KUANG CHEN<br>5461 RESEDA CIR<br>FREMONT CA  94538-5204 | Common Stock | 0.00058 |
| SOLYNDRA, INC.<br>BALANCE ACCT FOR SOL7<br>WELLS FARGO SHAREOWNER SERVICES | Common Stock | 0.79472 |
| STEVE A ABOAGYE<br>1230 SAN TOMAS RD APT 317<br>SAN JOSE CA 95117 | Common Stock | 0.00052 |
| SUKHANANDAN KUMAR<br>5573 SHADOWCREST WAY<br>SAN JOSE CA  95123-3028 | Common Stock | 0.00050 |
| TAKESHI IKEGAMI<br>3553 BENNETT AVE<br>SANTA CLARA CA  95051-6635 | Common Stock | 0.00047 |
| TAM T PHAN<br>1650 SALAMONI CT<br>SAN JOSE CA  95133-0902 | Common Stock | 0.00031 |
| TARPAN DIXIT<br>2230 TAYLOR STREET<br>SAN FRANCISCO CA 94133 | Common Stock | 0.00125 |
| THAI C CHUA<br>19351 CALLE DE BARCELONA<br>CUPERTINO CA  95014-3403 | Common Stock | 0.00155 |
| THAI CHENG CHUA<br>19351 CALLE DE BARCELONA<br>CUPERTINO CA  95014-3403 | Common Stock | 0.07205 |
| THAI M NGUYEN<br>4897 RUE LOIRET<br>SAN JOSE CA  95136-3103 | Common Stock | 0.00032 |
| THOMAS BREZOCZKY<br>16460 LUCKY ROAD | Common Stock | 0.00124 |

LOS GATOS CA 95030-1623

| | | |
|---|---|---|
| THOMAS FRANGESH<br>2086 ANTHONY DRIVE<br>CAMPBELL CA 95008 | Common Stock | 0.00188 |
| THOMAS SPIRGI<br>1671 SAINT HELENA DR<br>DANVILLE CA  94526-5526 | Common Stock | 0.00051 |
| TIM DUONG<br>2754 GOLD MEADOW CT<br>SAN JOSE CA  95135-1666 | Common Stock | 0.00013 |
| TIMOTHY FRANKLIN<br>250 WEST EL CAMINO REAL #1110<br>SUNNYVALE CA 94087 | Common Stock | 0.00346 |
| TIMOTHY L TRAN<br>1734 ROCKY MOUNTAIN AVE<br>MILPITAS CA  95035-7027 | Common Stock | 0.03190 |
| TONY BANH<br>4939 JETTY DR<br>STOCKTON CA  95206-6365 | Common Stock | 0.00012 |
| TONYA VO<br>1952 N STAR CIR<br>SAN JOSE CA  95131-1980 | Common Stock | 0.00056 |
| TOSHIO ITOH<br>675 SHARON PARK DR<br>MENLO PARK CA  94025-6938 | Common Stock | 0.00065 |
| TU HA<br>3328 FRONDA DR<br>SAN JOSE CA  95148-2128 | Common Stock | 0.00015 |
| ULRICH A BONNE<br>346 S PASTORIA AVE<br>SUNNYVALE CA  94086-5928 | Common Stock | 0.00049 |
| VAROUJAN CHAKARIAN<br>587 PINEVIEW DRIVE<br>SAN JOSE CA 95117 | Common Stock | 0.07994 |
| VEDAPURAM ACHUTHARAMAN<br>4015 ASHBROOK CIRCLE<br>SAN JOSE CA 95124 | Common Stock | 0.04404 |
| VINAY S BALAN<br>34041 SYLVESTER DR | Common Stock | 0.00031 |

FREMONT CA  94555-2225

| | | |
|---|---|---|
| VINCE LUONG<br>791 VALENCIA DR<br>MILPITAS CA  95035-4540 | Common Stock | 0.00888 |
| VINCENT DECAUX<br>950 HARRISON ST UNIT 108<br>SAN FRANCISCO CA  94107-1074 | Common Stock | 0.00047 |
| VINH H LE<br>117 CADWELL CT<br>SAN JOSE CA  95138-1605 | Common Stock | 0.00888 |
| VINH NGO<br>1435 PRELUDE DR<br>SAN JOSE CA  95131-3317 | Common Stock | 0.00007 |
| WAYNE MILLER<br>646 DISTEL DR<br>LOS ALTOS CA  94022-1501 | Common Stock | 0.00376 |
| WEN CHANG<br>860 KEARNY TERRACE<br>SUNNYVALE CA 94086 | Common Stock | 0.10000 |
| WENWEI QIAO<br>1079 MCKAY DRIVE<br>SAN JOSE CA 95131 | Common Stock | 0.00147 |
| WILFRED MA<br>3245 ANDORA DRIVE<br>SAN JOSE CA 95148 | Common Stock | 0.00010 |
| WILFREDO ABAD<br>4549 BARTOLO TER<br>FREMONT CA  94536-5616 | Common Stock | 0.00814 |
| WING S KWAN<br>842 BASKING LN WING S<br>SAN JOSE CA  95138-1356 | Common Stock | 0.00247 |
| XIAO WU<br>1092 MICRO PL<br>SAN JOSE CA  95120-3358 | Common Stock | 0.00160 |
| XIAOHUA (NICOLE) GENG<br>1460 GRAYWOOD DRIVE<br>SAN JOSE CA 95129 | Common Stock | 0.00007 |
| YANING WANG<br>807 CENTAURUS LN | Common Stock | 0.00062 |

FOSTER CITY CA 94404-2880

| | | |
|---|---|---|
| YAOWU GAO<br>1860 ELLIS STREET #E<br>SAN FRANCISCO CA 94115 | Common Stock | 0.00007 |
| YE CHEN<br>PO BOX 19448<br>STANFORD CA 94309 | Common Stock | 0.00037 |
| YOUNES ACHKIRE<br>17970 HELEN WAY<br>LOS GATOS CA 95033 | Common Stock | 0.00255 |
| ZHEN C BAO<br>22692 LIBERTY OAK LANE<br>CUPERTINO CA 95014 | Common Stock | 0.00063 |

I, W.G. Stover, Jr., as an authorized officer of the debtor in this chapter 11 case, declare under penalty of perjury that I have reviewed the list and that it is true and correct as of June 30, 2011, to the best of my knowledge, information and belief.

Executed this 5th day of September, 2011 at Fremont, California.

_____
W.G. Stover, Jr.